# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-23238-CMB |
| | ) | |
| Martin L. Hampton and | ) | Chapter 13 |
| Debbie R. Hampton | ) | |
|     Debtors | ) | Doc. No.: |
| | ) | |
| Martin L. Hampton | ) | Related to Doc. No.:173 |
|     Movant | ) | |
| | ) | Hearing Date: 1/17/2018 |
| v | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

I, Albert G. Reese, Jr., declare that I am a resident or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd Floor , Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and not a party to this case.

On or before **January 17, 2018**, I served a copy of the **Amended Chapter 13 Plan**, upon the parties listed below. The types of services made on the parties were: **Electronic Notification and/or U.S. First Class Mail.**

**Service by Electronic Mail:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

Jennifer L. Cerce on behalf of Creditor Penn Hills School District
jlc@mbm-law.net

Mario J. Hanyon on behalf of Creditor CitiMortgage, Inc.
pawb@fedphe.com

Jeffrey R. Hunt on behalf of Creditor City and School District of Pittsburgh
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water and Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by U.S. First Class Mail:**

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

Aes/Keystone
Po Box 61047
Harrisburg, PA 17106

Aes/National City Bank
Po Box 61047
Harrisburg, PA 17106

Berks Credit & Coll
900 Corporate Dr
Reading, PA 19605

Citimortgage Inc.
1000 Technology Drive
O'Fallon, MO 63368

Collection Service Cen
Po Box 14931
Pittsburgh, PA 15234

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

ECMC
PO BOX 16408
ST. PAUL, MN, 55116-0408

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Francis Hallinan
1617 John F. Kennedy Boulevard, Ste 1400
One Penn Center Plaza
Philadelphia, PA 19103

Gastroenterology Assoc
c/o Berks Credit & Collections, Inc.
Temple, PA 19560

IRS
PO Box 7346
Philadelphia, PA 19101-7346

IRS
1000 Liberty Ave
Room 705
Pittsburgh, PA 15222

Jordon Tax Service
102 Rahway Road
McMurray, PA 15317

Kraft & Kraft PC
3200 Penrose Ferry Road
Philadelphia, PA 19145

Nco Fin/51
Po Box 13574
Philadelphia, PA 19101

Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
3301 McCrady Road
Pittsburgh, PA 15235

Peoples Natural Gas Company, LLC
Equitable Gas Division
375 N. Shore Drive, Suite 600
Pittsburgh, PA 15212
Attn: Dawn Lindner

PHEAA
PO BOX 8147
HARRISBURG PA 17105

Principal Residentl Mt
711 High St
Des Moines, IA 50392

Treasure Lake Property Owner Associates
13 Treasure Lake
Du Bois, PA 15801

VA Pittsburgh EFCU
1010 Delafield Road
Pittsburgh, PA 15215

Paul Gemperlein
Erie Insurance
PO Box 605
1000 Murry Ridge Lane
Murrysville, PA 15668

Gary Ratkiewicz
Erie Insurance
PO Box 605
Murrysville, PA 15668

Franklin L. Robinson, Jr., Esquire
c/o Louis D. Ransaw
5907 Penn Avenue, Ste 200
Pittsburgh, PA 15206

Date: **January 13, 2018**                                    Respectfully submitted by:
**/s/ Albert G. Reese, Jr.,**
Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687 (fax)
areese8897@aol.com