# PROCEEDING MEMO

**Date:** 01/17/2018 10:00 am

**In re:** Martin L. Hampton and Debbie R. Hampton

Bankruptcy No. 14-23238-CMB
Chapter: 13
Doc. # 173

**Appearances:**

**Movant(s):** ~~Winnecour~~ / Pail / ~~Katz~~

**Respondent(s):** Albert G. Reese, Jr. for Debtors

**Creditor(s):**

**Nature of Proceeding:** Trustee's Motion for Order of Court Authorizing Distribution of Non-Exempt Settlement Proceeds to Unsecured Creditors

**Additional Pleadings:** #173 Certificate of Service; #175 Response by Debtors; #176 Exhibit to Response by Debtors

**Judge's Notes:** Per Debtor's counsel, amended plan was filed, which is a 100% plan. Trustee scheduled conciliation for March 15, 2018 at 1:00 p.m.

**Outcome:** Hearing continued to March 21, 2018 at 10:00 AM

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER:____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                          Respondent(s) brief due____days
                          Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
1/17/18 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-23238-CMB
Martin L. Hampton                                                                   Chapter 13
Debbie R. Hampton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1                   Date Rcvd: Jan 17, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db/jdb         +Martin L. Hampton,   Debbie R. Hampton,   174 Shenandoah Drive,   Pittsburgh, PA 15235-2049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
    Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
     agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
    Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
     agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
    James    Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
    Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                        TOTAL: 13