# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-23238-CMB |
| | ) | |
| Martin L. Hampton | ) | Chapter 13 |
| Debbie R. Hampton, | ) | |
|     Debtors | ) | Related to Doc. No. 170 |
| | ) | |
| Martin L. Hampton | ) | |
| Debbie R. Hampton | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE OF ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION AND THE MOTION TO EXTEND LOSS MITIGATION

I certify under penalty of perjury that I served the above captioned Order and Motion to Extend the Loss Mitigation Period on the parties at the addresses specified below on January 2, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: SERVICE BY FIRST-CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of the parties served by electronic notice will be listed under the heading "Service by electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:    **Service by First-Class Mail**

John Michael Kolesnick
Phelan Hallinan, LP
1617 JKF Blvd., Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.

701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


EXECUTED ON:     **Service by Electronic Notification**

Ronda J. Winnecour, Esq.
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
e-mail address: lmp@chapter13trusteewdpa.com


/s/ Albert G. Reese, Jr., Esquire
Albert G. Reese, Jr., Esquire
Attorney for Movant/Applicant
PA ID #93813
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com