# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** MARTIN L. & DEBBIE R. HAMPTON
**Case Number:** 14-23238-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 25, 2018 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/29/18 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#179 Amended Plan Dated 1/13/2018 (NFC)
+Objections By: Peoples Natural Gas
R / M #: 179 / 0

*Appearances:*

Debtor: Reese
Trustee: Winnecour / Pail / Katz
Creditor: [signature] Wallace — [signature] Peoples Gas

*Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3-15-18 at 1pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018   9:11:36AM