IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Martin L. Hampton and Debbie R. Hampton, *Debtors,* | Case No. 14-23238-CMB |
| | Chapter 13 |
| Martin L. Hampton and Debbie R. Hampton *Movants,* | Related to Doc Nos. 42, 170 & 188 |
| v. | |
| Nationstar Mortgage, LLC, | Hearing: February 28, 2018 at 9:30 A.M. |
| *Respondent.* | |

## ORDER

On January 27, 2018, the Debtors filed a ***Motion to Extend the Loss Mitigation Period*** at Document No. 188, indicating that the loan servicer changed in the middle of the loan modification review. Despite repeated attempts, the new servicer has failed to respond to Debtors' requests for an update. Therefore,

*AND NOW,* this *1st* day of *February, 2018,* it is hereby **ORDERED, ADJUDGED** *and* **DECREED** that*:*

(1)    A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated January 8, 2015 and the need for the filing of the Ninth Motion to Extend the Loss Mitigation Period is scheduled on ***February 28, 2018 at 9:30 A.M.*** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(2) **The Loss Mitigation Period is extended up to and including February 28, 2018.**

(3) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel, anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application and (the reason for additional time requested). Debtor(s) shall upload a copy of this Order on the Portal.

(4) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____
Carlota M. Böhm
U.S. Bankruptcy Judge

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

**FILED**

FEB 1 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23238-CMB
Martin L. Hampton                                                       Chapter 13
Debbie R. Hampton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw               Page 1 of 1            Date Rcvd: Feb 01, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db/jdb        +Martin L. Hampton,   Debbie R. Hampton,   174 Shenandoah Drive,   Pittsburgh, PA 15235-2049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13