# PROCEEDING MEMO

**Date: 02/28/2018 09:30 am**

**In re: Martin L. Hampton and Debbie R. Hampton**

Bankruptcy No. 14-23238-CMB
Chapter: 13
Doc. # 42, 188

**Appearances:**

**Movant(s):**    Albert G. Reese, Jr.

**Respondent(s):**    John Michael Kolesnick;  James C. Warmbrodt;  Winnecour / Pail / Katz

**Creditor(s):**

**Nature of Proceeding:**    Status Conference re: Compliance with Loss Mitigation Program and Ninth Motion to Extend the Loss Mitigation Period

**Additional Pleadings:**    #193 Certificate of Service ; #195 Interim Mortgage Modification Order (filed 2/27/2018)

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED__X__ Order Entered approving Interim Mtg Mod.

_Loss Mitigation Extended G_

6/15/2018

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                          Respondent(s) brief due____days
                          Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
2/28/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA