# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MARTIN L. & DEBBIE R. HAMPTON
**Case Number:** 14-23238-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 15, 2018  01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/20/18 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#179 Amended Plan Dated 1/13/2018 (NFC)
+Objections By: Peoples Natural Gas Co.
R / M #: 179 / 0

### Appearances: Reese

Debtor:
Trustee: (Winnecour) / Pail / Katz
Creditor: Wallace • Peoples

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  7-12-18 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

The ~~trustee is~~ ago?