# PROCEEDING MEMO

**Date:** 03/21/2018 10:00 am

**In re:** Martin L. Hampton and Debbie R. Hampton

Bankruptcy No. 14-23238-CMB
Chapter: 13
Doc. # 173

**Appearances:**

**Movant(s):** Winnecour /~~Pail~~ / ~~Katz~~

**Respondent(s):** ~~Albert G. Reese, Jr.~~ for Debtors
Franklin Robinson

**Creditor(s):**

**Nature of Proceeding:** Continued Hearing on Trustee's Motion for Order of Court Authorizing Distribution of Non-Exempt Settlement Proceeds to Unsecured Creditors

**Additional Pleadings:** #173 Certificate of Service; #175 Response by Debtors; #176 Exhibit to Response by Debtors

**Judge's Notes:** Debtor's counsel indicated an amended plan has been filed and Debtors are in loss mit program and there is $30,000 being held by trustee; asking for additional time to see what happens with the loss mitigation. Trustee is concerned because the money allegedly belongs to unsecured creditors.

**Outcome:**

Trustee to draft consent order and send to Mr. Reese.
Cont'd to May 16, 2018 at 11:00 a.m.
If Mr. Reese cannot consent, the hearing will go forward on May 16th.

____Motion is GRANTED____Order Entered
____Motion is DENIED____Order entered
____Motion WITHDRAWN
____Motion is DISMISSED____Order entered
____Reschedule for Proper Service
____Case DISMISSED____Order entered
____Parties to submit Order/Settlement/Stipulation by____days
____CONTINUED MATTER: ____for at least____days (Court to Issue Order)
____ISSUE EVIDENTIARY HEARING NOTCE
____Discovery time needed____days
____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
3/22/18 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23238-CMB
Martin L. Hampton                                                         Chapter 13
Debbie R. Hampton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: kthe               Page 1 of 1              Date Rcvd: Mar 22, 2018
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 13