# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Martin L. Hampton<br>　　　　Debbie R. Hampton<br>　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br><br>Martin L. Hampton<br>Debbie R. Hampton<br>　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 14-23238 CMB<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about **2/8/2018** **(Claim No. 7)**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　PA ID No. 42524
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　412-430-3594

March 26, 2018