IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 14-23238-CMB |
| Martin L. Hampton and<br>Debbie R. Hampton,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc 173 |
| RONDA J. WINNECOUR, Trustee,<br>    Movants, | |
| vs. | |
| Martin L. Hampton and<br>Debbie R. Hampton,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT
RESOLVING MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF NON-
EXEMPT SETTLEMENT PROCEEDS**

AND NOW, THIS __3rd__ day of __April__, 20__18__, upon consideration of the MOTION FOR ORDER OF COURT AUTHORIZING DISTRIBUTION OF NON-EXEMPT SETTLEMENT PROCEEDS TO UNSECURED CREDITORS, and Response thereto, and upon the Consent of the Chapter 13 Trustee and Debtors, it is hereby ORDERED that:

(a)  The net settlement proceeds on reserve with the Trustee, in accordance with the Order of Court entered on January 5, 2017, at Doc 144, in the amount of $31,451.51, shall continue to be held by the Chapter 13 Trustee, for the benefit of general unsecured creditors, pending the entry of the final confirmation of the Debtors Chapter 13 Plan.

(b)  Unless otherwise expressly provided for in the Chapter 13 Plan or in the Confirmation Order, the full amount of the settlement proceeds shall be designated as additional plan funding (i.e., as funds in addition to amounts paid or to be paid under the Plan as such plan may be amended from time to time), and shall be distributed to timely filed unsecured creditors in the case, after deducting any Trustee percentage fees not already deducted for said sums, as soon as practical consistent with the Trustee's Office's administrative procedures.

(c)  As a result of the unique facts and circumstances of this case, including those that surrounded the presentation and approval of the settlement that generated the proceeds, it is further ORDERED that pursuant

to 11 U.S.C. §349(b), notwithstanding the dismissal of this Chapter 13 case, title to the settlement proceeds shall remain in the Bankruptcy Estate, and jurisdiction over those proceeds shall remain in the Bankruptcy Court. The Chapter 13 Trustee shall be authorized, as soon as practical after the entry of a dismissal Order, to (1) distribute the proceeds in accordance with the terms of the confirmed plan if the confirmation pre-dated the case dismissal; or (2) to seek an Order authorizing the distribution of the proceeds if the dismissal predates a final confirmation Order. Any proceeds remaining after all claims are paid shall be refunded to the Debtors.

(d)    In the event the case is converted, before or after confirmation, the proceeds, to the extent not yet distributed in accordance with a confirmed plan, shall be delivered to the Chapter 7 Trustee in accordance with the Paragraph (f) of the Order at Doc 144.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz, PA I.D. #36473
Attorney for Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com

/s/Albert G. Reese, Jr.
Albert G. Reese, Jr., PA I.D. #93813
Attorney for debtors
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
412-241-1697
areese8897@aol.com

FILED
4/3/18 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                             Case No. 14-23238-CMB
Martin L. Hampton                                                  Chapter 13
Debbie R. Hampton
         Debtors              CERTIFICATE OF NOTICE
District/off: 0315-2          User: kthe                   Page 1 of 2                   Date Rcvd: Apr 03, 2018
                              Form ID: pdf900              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/jdb         +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Nationstar Mortgage LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
                 Ste 203,   Tallahassee, FL 32312-3858
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
13903931       +Aes/Keystone,   Po Box 61047,    Harrisburg, PA 17106-1047
13903932       +Aes/National City Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
13903934      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13967357        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13918018       +Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14153918        ECMC,   PO BOX 16408,    ST. PAUL, MN, 55116-0408
13903937       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13918023       +Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13939364        Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,    Temple, PA 19560
14275784       +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13995241       +Jordon Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13918026       +Kraft & Kraft PC,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
14653133      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
13903938        Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13923555       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13974736       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13966395        Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13903939       +Principal Residentl Mt,    711 High St,    Des Moines, IA 50392-0001
13918028       +Treasure Lake Property Owner Associates,    13 Treasure Lake,    Du Bois, PA 15801-9001
13903942       +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13903933       +E-mail/Text: banko@berkscredit.com Apr 04 2018 01:52:25     Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13903935       +E-mail/Text: abovay@creditmanagementcompany.com Apr 04 2018 01:53:15      Credit Management Co,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13903936       +E-mail/Text: abovay@creditmanagementcompany.com Apr 04 2018 01:53:15      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918024        E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 01:52:23     IRS,    1000 Liberty Ave,    Room 705,
                 Pittsburgh, PA 15222
13944361       +Fax: 412-822-3187 Apr 04 2018 02:01:35     VA Pittsburgh EFCU,    1010 Delafield Road,
                 Pittsburgh, PA 15215-1802
13903940       +Fax: 412-822-3187 Apr 04 2018 02:01:35     Va Pittsburgh E F.C.U.,    1010 Delafield Rd,
                 Pittsburgh, PA 15215-1802
13903941       +Fax: 412-822-3187 Apr 04 2018 02:01:35     Va Pittsburgh Empl Fcu,    1010 Delafield Rd,
                 Pittsburgh, PA 15215-1802
13903943       +Fax: 412-822-3187 Apr 04 2018 02:01:35     Vamc Highland Dr Fcu,    1010 Delafield Rd,
                 Pittsburgh, PA 15215-1802
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr              City and School District of Pittsburgh
cr              County of Allegheny
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr              Pittsburgh Water and Sewer Authority
13918022        Doug Ransaw,   unknown
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13918016*      +Aes/Keystone,   Po Box 61047,    Harrisburg, PA 17106-1047
13918017*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13918019*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13918020*      +Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13918021*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918025*       IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
13918027*       Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13918029*      +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918030*      +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
```

```
District/off: 0315-2                  User: kthe                   Page 2 of 2                   Date Rcvd: Apr 03, 2018
                                      Form ID: pdf900              Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
13918031*      +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918032*      +Vamc Highland Dr Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13936552     ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
                                                                                               TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 13
```