**In the United States Bankruptcy Court**
**For the Western District of Pennsylvania**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  14-23238-CMB |
| | ) | |
| Martin L. Hampton | ) | |
| Debbie R. Hampton, | ) | Chapter 13 |
| Debtor (s) | ) | |
| | ) | |
| Martin L. Hampton | ) | Related to Doc. |
| Debbie R. Hampton | ) | |
| Movant(s) | ) | |
| CitiMortgage. | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE OF ORDER
### REGARDING COMPLIANCE WITH LOSS MITIGATION

I certify under penalty of perjury that I served the above captioned Order on the parties at the addresses specified below on June 28, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  SERVICE BY FIRST-CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of the parties served by electronic notice will be listed under the heading "Service by electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:      **Service by First-Class Mail**

CitiMortgage
1000 Technology Drive
O'Fallon, MO 63368

Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261

John Michael Kolesnick
Phelan Hallinan, LP
1617 JKF Blvd., Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


EXECUTED ON:      **Service by Electronic Notification**

Ronda J. Winnecour, Esq.
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
e-mail address: lmp@chapter13trusteewdpa.com


**Date**: June 28, 2018                    /s/ Albert G. Reese, Jr., Esquire
                                           Albert G. Reese, Jr., Esquire
                                           Attorney for Movant/Applicant
                                           PA ID #93813
                                           640 Rodi Road, FL.2, Suite 2
                                           Pittsburgh, PA 15235
                                           (412) 241-1697(p)
                                           (412) 241-1687(f)
                                           areese8897@aol.com