IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-23238-CMB |
| | ) | |
| Martin L. Hampton | ) | Chapter 13 |
| Debbie R. Hampton, | ) | |
| Debtors | ) | Related to Doc. No. 207 |
| | ) | |
| Martin L. Hampton | ) | |
| Debbie R. Hampton | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC | ) | |
| Respondent | ) | |

## ORDER

A *Interim Mortgage Modification Order* dated February 28, 2018, was entered in the above matter at Document No.197. On June 16, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by Movants, Martin L. Hampton and Debbie R. Hampton.

AND NOW, this 27th day of June, 2018, it is hereby ORDERED, ADJUDGED AND DECREED that the Loss Mitigation Period is *extended up to and including* August 15, 2018. No further extension may be granted.

_____
The Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
6/28/18 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court<br>Western District of Pennsylvania

```
In re:                                                          Case No. 14-23238-CMB
Martin L. Hampton                                               Chapter 13
Debbie R. Hampton
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1          Date Rcvd: Jun 28, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
db/jdb         +Martin L. Hampton,   Debbie R. Hampton,   174 Shenandoah Drive,   Pittsburgh, PA 15235-2049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14