# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

- Debtor: MARTIN L. & DEBBIE R. HAMPTON
- Case Number: 14-23238-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JULY 12, 2018 01:00 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
7/13/18 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#179 - Continued Confirmation of Plan Dated 1/13/2018 (NFC)
R / M #: 179 / 0

**_Appearances:_**

- Debtor: Reese
- Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
- Creditor:

*[handwritten note: trial mod ended in june, auditory final mod offer]*

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10/11/18 at 1:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Debtor agrees that Peoples is to be paid as an admin creditor.]*

7/5/2018    9:28:55AM