IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-23238-CMB |
| | ) | |
| Martin L. Hampton | ) | Chapter 13 |
| Debbie R. Hampton, | ) | |
|     Debtors | ) | Related to Doc. No. 213 & 214 |
| | ) | |
| Martin L. Hampton | ) | Hearing: 9/19/18 @ 10:00 |
| Debbie R. Hampton | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage, LLC | ) | |
|     Respondent | ) | |

**Certificate of No Objection Regarding Motion to Approve Loan Modification**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification filed on August 15, 2018, (Docket No. 213 & 214) and Certificate of Service filed and served on August 15, 2018, (Docket No.213 & 214) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or, other responsive pleading to the Motion to Approve Loan Modification (Docket No. 213 & 214) and Certificate of Service (Docket No. 213 & 214) appears thereon. Pursuant to the response date, any responses, or objections were to be filed no later than September 3, 2018.

    Respectfully Submitted:

**Dated: September 19, 2018**      **/s/Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Attorney for Debtor
PA I.D.93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd FL., Suite 2
Pittsburgh, PA 15235
412-241-1697(p)
412-241-1687(f)