## PROCEEDING MEMO

**Date:** 09/19/2018 10:00 am

**In re:** Martin L. Hampton and Debbie R. Hampton

Bankruptcy No. 14-23238-CMB
Chapter: 13
Doc. # 213

**Appearances:**

**Movant(s):**   Albert G. Reese Jr.

**Respondent(s):**   ~~Winnecour / Rail / Katz /~~ DeSimone

**Creditor(s):**

**Nature of Proceeding:**   Debtors' Motion for Approval of Loan Modification

**Additional Pleadings:**  #214 Certificate of Service; No CNO

**Judge's Notes:**   Order entered.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:        Movant(s) brief due____days
                            Respondent(s) brief due____days
                            Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
9/20/18 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA