# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MARTIN L. & DEBBIE R. HAMPTON |
| **Case Number:** | 14-23238-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018 01:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/12/18 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#220 Amended Plan Dated 9/26/2018 (NFC)
+Objections By: Peoples Natural Gas Co.
R / M #: 179 / 0

*Appearances:*

Debtor: Reese
Trustee: Winnecour / Bail / Katz / DeSimone
Creditor: Wallace for Peoples

*Handwritten note:* Amended plan needed for student loans

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **10/25/18**
   Objections are due on or before **11/29/18**
   A hearing on the Amended Plan is set for **12/6/18** at **2:00 pm**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* & clarify Atty fees & add Peoples' language