**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Martin L. Hampton**
**Debbie R. Hampton**
    Debtor(s)

Bankruptcy Case No.: 14–23238–CMB
Issued Per Dec. 6, 2018 Proceeding
Chapter: 13
Docket No.: 230 – 229
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 22, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. at Claim No. 2–2; Penn Hills School District/Municipality Earned Income Tax at Claim No. 3 .

☑   H.    Additional Terms: The estimated pool of funds availability to be paid to general unsecured creditor, (other than specially classified student loans), and estimated percentage dividend are revised to $18,414.48 (100 percent).
The plan is subject to final audit. Any deficiency needs to be addressed as a condition of discharge.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    ***IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: December 14, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23238-CMB
Martin L. Hampton                                                         Chapter 13
Debbie R. Hampton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Dec 14, 2018
                             Form ID: 149         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db/jdb      +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Nationstar Mortgage LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
             Ste 203,    Tallahassee, FL 32312-3858
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
13903931    +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13903932    +Aes/National City Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
13903934    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13967357     Citimortgage Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13918018    +Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14153918     ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13903937    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13918023    +Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103-1823
13939364     Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,    Temple, PA 19560
14275784    +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13995241    +Jordon Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13918026    +Kraft & Kraft PC,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
14653133    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
13903938    +Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13923555    +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13974736    +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13966395    +Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13903939    +Principal Residentl Mt,    711 High St,    Des Moines, IA 50392-0001
13918028    +Treasure Lake Property Owner Associates,    13 Treasure Lake,    Du Bois, PA 15801-9001
13903942    +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13903933    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 15 2018 02:35:05      Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA 19605-3340
13903935    +E-mail/Text: abovay@creditmanagementcompany.com Dec 15 2018 02:34:25      Credit Management Co,
             2121 Noblestown Road,    Pittsburg, PA 15205-3956
13903936    +E-mail/Text: abovay@creditmanagementcompany.com Dec 15 2018 02:34:25      Credit Management Co,
             2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918024     E-mail/Text: cio.bncmail@irs.gov Dec 15 2018 02:33:21      IRS,    1000 Liberty Ave,    Room 705,
             Pittsburgh, PA 15222
13944361    +Fax: 412-822-3187 Dec 15 2018 02:53:14      VA Pittsburgh EFCU,    1010 Delafield Road,
             Pittsburgh, PA 15215-1802
13903940    +Fax: 412-822-3187 Dec 15 2018 02:53:14      Va Pittsburgh E F.C.U.,    1010 Delafield Rd,
             Pittsburgh, PA 15215-1802
13903941    +Fax: 412-822-3187 Dec 15 2018 02:53:14      Va Pittsburgh Empl Fcu,    1010 Delafield Rd,
             Pittsburgh, PA 15215-1802
13903943    +Fax: 412-822-3187 Dec 15 2018 02:53:14      Vamc Highland Dr Fcu,    1010 Delafield Rd,
             Pittsburgh, PA 15215-1802
                                                                                       TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CitiMortgage, Inc.
cr           City and School District of Pittsburgh
cr           County of Allegheny
cr           Duquesne Light Company
cr           NATIONSTAR MORTGAGE LLC
cr           Pittsburgh Water and Sewer Authority
13918022     Doug Ransaw,   unknown
cr*          ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*         +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
             Pittsburgh, PA 15235-5137
13918016*   +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13918017*   +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13918019*   ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13918020*   +Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13918021*   +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918025*   +IRS,    Po Box 7346,    Philadelphia, PA 19101-7346
13918027*   +Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13918029*   +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918030*   +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
```

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: Dec 14, 2018
                             Form ID: 149             Total Noticed: 32
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
13918031*        +Va Pittsburgh Employee,   1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918032*        +Vamc Highland Dr Fcu,   1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13936552        ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                    TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Albert G. Reese, Jr.   on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.   on behalf of Debtor Martin L. Hampton areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Mario J. Hanyon   on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                    TOTAL: 14
```