**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Martin L. Hampton
Debbie R. Hampton**
Debtor(s)

Bankruptcy Case No.: 14−23238−CMB

Chapter: 13
Docket No.: 243 − 242

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/10/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/5/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/10/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23238-CMB
Martin L. Hampton                                                   Chapter 13
Debbie R. Hampton
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2            Date Rcvd: Mar 26, 2019
                              Form ID: 408            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb         +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Nationstar Mortgage LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
                 Ste 203,    Tallahassee, FL 32312-3858
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
13903931       +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13903932       +Aes/National City Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
13903934      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,     Po Box 14931,    Pittsburgh, PA 15234)
13967357        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13918018       +Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14153918        ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13903937       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13918023       +Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,     One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13939364        Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,     Temple, PA 19560
14275784       +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13995241       +Jordon Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13918026       +Kraft & Kraft PC,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
14653133      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261)
13903938        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13923555       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13974736       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13966395        Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13903939       +Principal Residentl Mt,    711 High St,    Des Moines, IA 50392-0001
13918028       +Treasure Lake Property Owner Associates,    13 Treasure Lake,    Du Bois, PA 15801-9001
13944361       +VA Pittsburgh EFCU,    1010 Delafield Road,    Pittsburgh, PA 15215-1802
13903940       +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903941       +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903942       +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903943       +Vamc Highland Dr Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13903933       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 27 2019 03:07:28      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13903935       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13903936       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
                 Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13918024        E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 03:05:48      IRS,    1000 Liberty Ave,    Room 705,
                 Pittsburgh, PA 15222
13944361       +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:36      VA Pittsburgh EFCU,
                 1010 Delafield Road,    Pittsburgh, PA 15215-1802
13903940       +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:36      Va Pittsburgh E F.C.U.,
                 1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903941       +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:36      Va Pittsburgh Empl Fcu,
                 1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903943       +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:36      Vamc Highland Dr Fcu,
                 1010 Delafield Rd,    Pittsburgh, PA 15215-1802
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
cr              CitiMortgage, Inc.
cr              City and School District of Pittsburgh
cr              County of Allegheny
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr              Pittsburgh Water and Sewer Authority
13918022        Doug Ransaw,    unknown
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13918016*      +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13918017*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13918019*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,     Po Box 14931,    Pittsburgh, PA 15234)
13918020*      +Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13918021*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
```

```
District/off: 0315-2           User: gamr              Page 2 of 2              Date Rcvd: Mar 26, 2019
                               Form ID: 408            Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
13918025*          IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13918027*          Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13918029*         +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918030*         +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918031*         +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918032*         +Vamc Highland Dr Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13936552        ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
                                                                                              TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor   CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 14
```