## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    MARTIN L. HAMPTON
    DEBBIE R. HAMPTON
           Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
           Movant
           vs.
    No Respondents.

Case No.:14-23238

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2019

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 08/09/2014  and confirmed on 10/8/14 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,225.43 |
| Less Refunds to Debtor | 598.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,626.59 |

**Administrative Fees**

| | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 8,462.85 | |
| Trustee Fee | 3,641.64 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,104.49 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 1,992.35 | 1,992.35 | 0.00 | 1,992.35 |
| Acct: 4102 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 24,265.63 | 24,265.63 | 0.00 | 24,265.63 |
| Acct: 4102 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR | 0.00 | 5,989.97 | 0.00 | 5,989.97 |
| Acct: 4102 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4102 | | | | |
| TREASURE LAKE PROPERTY OWNERS / | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX-287 | | | | |
| JORDAN TAX SERVICE INC** | 12,141.36 | 12,141.36 | 0.00 | 12,141.36 |
| Acct: XXXXXXXXX2015 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J367 | | | | |
| | | | | 44,389.31 |
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTIN L. HAMPTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTIN L. HAMPTON | 284.59 | 284.59 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTIN L. HAMPTON | 314.25 | 314.25 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 3,960.00 | 3,960.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 3,502.85 | 3,502.85 | 0.00 | 0.00 |
| Acct: $/OE | | | | |
| INTERNAL REVENUE SERVICE* | 4,809.73 | 4,809.73 | 0.00 | 4,809.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: 2172 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 1,252.69 | 1,252.69 | 0.00 | 1,252.69 |
| Acct: XXXXXXXXXXXXXXXXX7,10 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 818.26 | 818.26 | 0.00 | 818.26 |
| Acct: XXXXXXXXXXXXXXXXX7,10 | | | | |
| EQUITABLE GAS CO(*) | 2,130.00 | 2,130.35 | 0.00 | 2,130.35 |
| Acct: XXXXXXXXX1816 | | | | |
| EQUITABLE GAS CO(*) | 1,364.00 | 1,364.00 | 0.00 | 1,364.00 |
| Acct: 2610 | | | | |
| CITY OF PITTSBURGH** | 12,000.00 | 12,000.00 | 0.00 | 12,000.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX-368 | | | | |
| FRANKLIN L ROBINSON JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
| Acct: | | | | |
| | | | | 23,375.03 |
| **Unsecured** | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2172 | | | | |
| GASTROENTEROLOGY ASSOCIATES | 466.08 | 466.08 | 0.00 | 466.08 |
| Acct: 2172 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6462 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6466 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6467 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4686 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5288 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4689 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6468 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6465 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6464 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7WWH | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2361 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2352 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8682 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6670 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6660 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9561 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6664 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6665 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6666 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6668 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9560 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6662 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6663 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6667 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6661 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2370 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4795 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1602 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1604 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1604 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1602 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1602 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1605 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1062 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6002 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0935 | | | | |
| VA PITTSBURGH EMPLOYEES FCU | 4,164.66 | 4,164.66 | 0.00 | 4,164.66 |
| Acct: XXX1132 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 12,786.36 | 12,786.36 | 0.00 | 12,786.36 |
| Acct: 2172 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUI1 | 640.67 | 640.67 | 0.00 | 640.67 |
| Acct: 2172 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 356.71 | 356.71 | 0.00 | 356.71 |
| Acct: 1850 | | | | |
| | | | | 18,414.48 |

TOTAL PAID TO CREDITORS                                              86,178.82

TOTAL
CLAIMED          23,374.68
PRIORITY         38,399.34
SECURED          18,414.48


Date: 03/25/2019                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARTIN L. HAMPTON
    DEBBIE R. HAMPTON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-23238

Chapter 13

Document No.:

**ORDER OF COURT**

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23238-CMB
Martin L. Hampton                                                   Chapter 13
Debbie R. Hampton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2                    Date Rcvd: Mar 26, 2019
                             Form ID: pdf900      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb       +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,   Pittsburgh, PA 15235-2049
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Nationstar Mortgage LLC,    Padgett Law Group,   c/o Evan S. Singer,    6267 Old Water Oak Road,
               Ste 203,    Tallahassee, FL 32312-3858
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
13903931     +Aes/Keystone,   Po Box 61047,   Harrisburg, PA 17106-1047
13903932     +Aes/National City Bank,   Po Box 61047,   Harrisburg, PA 17106-1047
13903934    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Cen,    Po Box 14931,   Pittsburgh, PA 15234)
13967357      CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
13918018     +Citimortgage Inc.,    1000 Technology Drive,   O Fallon, MO 63368-2240
14153918      ECMC,   PO BOX 16408,    ST. PAUL, MN, 55116-0408
13903937     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13918023     +Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,   One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13939364      Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,    Temple, PA 19560
14275784     +Jordan Tax Service, Inc.,    102 Rahway Road,   McMurray, PA 15317-3349
13995241     +Jordon Tax Service,    102 Rahway Road,   Canonsburg, PA 15317-3349
13918026     +Kraft & Kraft PC,    3200 Penrose Ferry Road,   Philadelphia, PA 19145-5500
14653133    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261)
13903938      Nco Fin/51,   Po Box 13574,   Philadelphia, PA 19101
13923555     +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13974736     +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866,   Attn: Dawn Lindner
13966395     +Peoples Natural Gas Company, LLC,    Equitable Gas Division,   375 N. Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866,   Attn: Dawn Lindner
13903939     +Principal Residentl Mt,    711 High St,   Des Moines, IA 50392-0001
13918028     +Treasure Lake Property Owner Associates,    13 Treasure Lake,   Du Bois, PA 15801-9001
13944361     +VA Pittsburgh EFCU,    1010 Delafield Road,   Pittsburgh, PA 15215-1802
13903940     +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13903941     +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13903942     +Va Pittsburgh Employee,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13903943     +Vamc Highland Dr Fcu,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13903933     +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 27 2019 03:07:27      Berks Credit & Coll,
               900 Corporate Dr,   Reading, PA 19605-3340
13903935     +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
               Credit Management Co,   2121 Noblestown Road,   Pittsburg, PA 15205-3956
13903936     +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
               Credit Management Co,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13918024      E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 03:05:46      IRS,   1000 Liberty Ave,   Room 705,
               Pittsburgh, PA 15222
13944361     +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:35      VA Pittsburgh EFCU,
               1010 Delafield Road,   Pittsburgh, PA 15215-1802
13903940     +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:35      Va Pittsburgh E F.C.U.,
               1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13903941     +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:35      Va Pittsburgh Empl Fcu,
               1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13903943     +E-mail/Text: alerts@vapghefcu.org Mar 27 2019 03:05:35      Vamc Highland Dr Fcu,
               1010 Delafield Rd,   Pittsburgh, PA 15215-1802
                                                                                    TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CitiMortgage, Inc.
cr            City and School District of Pittsburgh
cr            County of Allegheny
cr            Duquesne Light Company
cr            NATIONSTAR MORTGAGE LLC
cr            Pittsburgh Water and Sewer Authority
13918022      Doug Ransaw,   unknown
cr*           ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*          +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
               Pittsburgh, PA 15235-5137
13918016*    +Aes/Keystone,   Po Box 61047,   Harrisburg, PA 17106-1047
13918017*    +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13918019*   ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Cen,    Po Box 14931,   Pittsburgh, PA 15234)
13918020*    +Credit Management Co,   2121 Noblestown Road,   Pittsburg, PA 15205-3956
13918021*    +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
```

```
District/off: 0315-2          User: gamr           Page 2 of 2          Date Rcvd: Mar 26, 2019
                              Form ID: pdf900      Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
13918025*         IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13918027*         Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13918029*        +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918030*        +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918031*        +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918032*        +Vamc Highland Dr Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13936552        ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
                                                                      TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.   on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
                agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.   on behalf of Debtor Martin L. Hampton areese8897@aol.com,
                agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt   on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt   on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
                cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
                cnoroski@grblaw.com
              Jeffrey R. Hunt   on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
                cnoroski@grblaw.com
              Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon   on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
                ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
                Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
                Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                              TOTAL: 14
```