| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Martin L. Hampton** | Social Security number or ITIN  **xxx–xx–2172** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Debbie R. Hampton** | Social Security number or ITIN  **xxx–xx–1850** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **14–23238–CMB** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Martin L. Hampton                          Debbie R. Hampton

<u>5/13/19</u>                          **By the court:**   <u>Carlota M. Bohm</u>
                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23238-CMB
Martin L. Hampton                                                         Chapter 13
Debbie R. Hampton
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 2           Date Rcvd: May 13, 2019
                             Form ID: 3180W        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db/jdb      +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Nationstar Mortgage LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
             Ste 203,    Tallahassee, FL 32312-3858
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
13903931    +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13903932    +Aes/National City Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
13903934   ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13967357     CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13918023     Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103
13939364     Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,    Temple, PA 19560
14275784    +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13995241    +Jordon Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13918026    +Kraft & Kraft PC,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
14653133   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
13903938     Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13923555    +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13974736    +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13966395    +Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13903939    +Principal Resident Mt,    711 High St,    Des Moines, IA 50392-0001
13918028    +Treasure Lake Property Owner Associates,    13 Treasure Lake,    Du Bois, PA 15801-9001
13903942    +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2019 02:40:52     Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
13903933    +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 14 2019 02:41:42     Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA 19605-3340
13918018    +EDI: CIAC.COM May 14 2019 06:28:00     Citimortgage Inc.,    1000 Technology Drive,
             O Fallon, MO 63368-2240
13903935    +E-mail/Text: vmcpherson@creditmanagementcompany.com May 14 2019 02:41:20
             Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13903936    +E-mail/Text: vmcpherson@creditmanagementcompany.com May 14 2019 02:41:20
             Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14153918     EDI: ECMC.COM May 14 2019 06:28:00     ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13903937    +EDI: AMINFOFP.COM May 14 2019 06:28:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
13918024     EDI: IRS.COM May 14 2019 06:28:00     IRS,    1000 Liberty Ave,    Room 705,
             Pittsburgh, PA 15222
13944361    +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     VA Pittsburgh EFCU,
             1010 Delafield Road,    Pittsburgh, PA 15215-1802
13903940    +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     Va Pittsburgh E F.C.U.,
             1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903941    +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     Va Pittsburgh Empl Fcu,
             1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903943    +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:32     Vamc Highland Dr Fcu,
             1010 Delafield Rd,    Pittsburgh, PA 15215-1802
                                                                            TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CitiMortgage, Inc.
cr           City and School District of Pittsburgh
cr           County of Allegheny
cr           Duquesne Light Company
cr           NATIONSTAR MORTGAGE LLC
cr           Pittsburgh Water and Sewer Authority
13918022     Doug Ransaw,    unknown
cr*          ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*         +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
             Pittsburgh, PA 15235-5137
13918016*   +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
13918017*   +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13918019*  ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
13918020*   +Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
```

```
District/off: 0315-2          User: aala              Page 2 of 2           Date Rcvd: May 13, 2019
                              Form ID: 3180W          Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
13918021*       +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13918025*        IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
13918027*        Nco Fin/51,   Po Box 13574,   Philadelphia, PA 19101
13918029*       +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13918030*       +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13918031*       +Va Pittsburgh Employee,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13918032*       +Vamc Highland Dr Fcu,    1010 Delafield Rd,   Pittsburgh, PA 15215-1802
13936552        ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
                                                                        TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
```
          Albert G. Reese, Jr.   on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
            agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.   on behalf of Debtor Martin L. Hampton areese8897@aol.com,
            agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
            cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
            cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
            cnoroski@grblaw.com
          Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Mario J. Hanyon   on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 14
```