IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARTIN L. HAMPTON
DEBBIE R. HAMPTON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-23238

Chapter 13

Related to: Document No. 242

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_13th\_\_\_\_day of \_\_\_\_May\_\_\_\_, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
5/13/19 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23238-CMB
Martin L. Hampton                                                         Chapter 13
Debbie R. Hampton
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2           Date Rcvd: May 13, 2019
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db/jdb         +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr             +Nationstar Mortgage LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
                Ste 203,   Tallahassee, FL 32312-3858
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
13903931       +Aes/Keystone,    Po Box 61047,   Harrisburg, PA 17106-1047
13903932       +Aes/National City Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
13903934      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court:  Collection Service Cen,    Po Box 14931,   Pittsburgh, PA 15234)
13967357        CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
13918018       +Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
14153918        ECMC,   PO BOX 16408,    ST. PAUL, MN,  55116-0408
13903937       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13918023        Francis Hallinan,    1617 John F. Kennedy Boulevard, Ste 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103
13939364        Gastroenterology Assoc,    c/o Berks Credit & Collections, Inc.,    Temple, PA 19560
14275784       +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13995241       +Jordon Tax Service,    102 Rahway Road,   Canonsburg, PA 15317-3349
13918026       +Kraft & Kraft PC,    3200 Penrose Ferry Road,    Philadelphia, PA 19145-5500
14653133      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
13903938        Nco Fin/51,    Po Box 13574,   Philadelphia, PA 19101
13923555       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13974736       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13966395        Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 N. Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
13903939       +Principal Residentl Mt,    711 High St,   Des Moines, IA 50392-0001
13918028       +Treasure Lake Property Owner Associates,    13 Treasure Lake,    Du Bois, PA 15801-9001
13903942       +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13903933       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 14 2019 02:41:41     Berks Credit & Coll,
                900 Corporate Dr,   Reading, PA 19605-3340
13903935       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 14 2019 02:41:20
                Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13903936       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 14 2019 02:41:20
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918024        E-mail/Text: cio.bncmail@irs.gov May 14 2019 02:40:38     IRS,    1000 Liberty Ave,   Room 705,
                Pittsburgh, PA 15222
13944361       +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:30     VA Pittsburgh EFCU,
                1010 Delafield Road,    Pittsburgh, PA 15215-1802
13903940       +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     Va Pittsburgh E F.C.U.,
                1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903941       +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     Va Pittsburgh Empl Fcu,
                1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13903943       +E-mail/Text: alerts@vapghefcu.org May 14 2019 02:40:31     Vamc Highland Dr Fcu,
                1010 Delafield Rd,    Pittsburgh, PA 15215-1802
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr              City and School District of Pittsburgh
cr              County of Allegheny
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr              Pittsburgh Water and Sewer Authority
13918022        Doug Ransaw,   unknown
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
13918016*      +Aes/Keystone,    Po Box 61047,   Harrisburg, PA 17106-1047
13918017*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13918019*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court:  Collection Service Cen,    Po Box 14931,   Pittsburgh, PA 15234)
13918020*      +Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13918021*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13918025*       IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
13918027*       Nco Fin/51,    Po Box 13574,   Philadelphia, PA 19101
13918029*      +Va Pittsburgh E F.C.U.,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918030*      +Va Pittsburgh Empl Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802

```
District/off: 0315-2            User: aala              Page 2 of 2              Date Rcvd: May 13, 2019
                                Form ID: pdf900         Total Noticed: 32


           ***** BYPASSED RECIPIENTS (continued) *****
13918031*       +Va Pittsburgh Employee,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13918032*       +Vamc Highland Dr Fcu,    1010 Delafield Rd,    Pittsburgh, PA 15215-1802
13936552      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                TOTALS: 7, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
```
              Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```