IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Martin L. Hampton<br>Debbie R. Hampton<br><br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Martin L. Hampton<br>Debbie R. Hampton<br>    Respondent(s) | Case No.: 14-23238 CMB<br>Chapter 13<br><br>Related to: Document No. 253 |

## ORDER OF COURT

AND NOW, this __30th__ day of __July__, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before September 30, 2019.

BY THE COURT:

_____
U.S. Bankruptcy Judge

FILED
7/30/19 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23238-CMB
Martin L. Hampton                                                       Chapter 13
Debbie R. Hampton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1                Date Rcvd: Jul 30, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db/jdb         +Martin L. Hampton,    Debbie R. Hampton,    174 Shenandoah Drive,    Pittsburgh, PA 15235-2049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor Martin L. Hampton areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.    on behalf of Joint Debtor Debbie R. Hampton areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
          Mario J. Hanyon    on behalf of Creditor   CitiMortgage, Inc. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 14