SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

        2.  *Case Administrator*

FROM:  *Financial Administrator*

UC

DATE: **8/1/2019**

CASE NAME: **Hampton**

CASE NUMBER: **14-23238-CMB**

Check Number **1125303** in the amount of $ **466.08** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **16032**        Intake Clerk's Initials **MF**

\*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
08/05/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: MARTIN L. HAMPTON
DEBBIE R. HAMPTON
Case No: 14-23238CMB

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Gastroenterology Associates<br>C/O Berks Credit &amp; Collections Inc*<br>Po Box 329<br>Temple, PA 19560

CHECK NUMBER 1125303    AMOUNT $466.08

    The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough<br>Administrative Assistant<br>for Ronda J. Winnecour, Esq.<br>Chapter 13 Trustee

CC: ALBERT G REESE JR ESQ
MARTIN L. HAMPTON
DEBBIE R. HAMPTON
Gastroenterology Associates